UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ADRIANA TIBBETTS and DARRYL
TIBBETS, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

       Plaintiffs,

v.

THE CHEESECAKE FACTORY
RESTAURANTS, INC.,

       Defendant.

Case No. 17-cv-00968-LDW-AYS

NOTICE OF RELATED ACTIONS

Defendant, THE CHEESECAKE FACTORY RESTAURANTS, INC., by and through its undersigned counsel and pursuant to Local Civil Rule 1.6, hereby identifies the following actions that are similar actions or proceedings pending before another court or administrative agency:

1.  *Kristy Zhang, individually and on behalf of all others similarly situated, Plaintiff, v. The Cheesecake Factory Incorporated, Defendant*, Case No. 8:17-cv-00357, filed in the U.S. District Court for the Central District of California.

2.  *Dr. David S. Muransky, individually, and on behalf of other similarly situated, Plaintiff, v. The Cheesecake Factory, Inc., d/b/a The Cheesecake Factory, Defendant*, Case No. 0:17-cv-60229, filed in the U.S. District Court for the Southern District of Florida.

    Defendant further states that, on March 24, 2017, Defendant filed a Motion to Transfer in the *Muransky* action pursuant to 28 U.S.C. § 1404 seeking to transfer such action to the United States District Court for the Central District of California, where the *Zhang* action is pending.

2

By: *s/ Louis Smith*
Louis Smith

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
*Tel: (973) 360-7900*
*Fax: (973) 301-8410*
*Email: smithlo@gtlaw.com*
*Attorneys for Defendant*
*The Cheesecake Factory Restaurants, Inc.*

Dated:  March 29, 2017